Alan Nakazawa, State Bar No. 84670
Dena S. Aghabeg, State Bar No. 185311
COGSWELL NAKAZAWA & CHANG, LLP
444 West Ocean Boulevard, Suite 1250
Long Beach, California 90802-4449
Telephone: (562) 951-8668
Facsimile:  (562) 951-3933

Attorneys for Plaintiff,
Sinotrans Container Lines Co., Ltd.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINOTRANS CONTAINER LINES CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> NORTH CHINA CARGO SERVICE INC. and CYDE INTERNATIONAL CORPORATION, <br><br> Defendants. <br> _____ | CASE NO.: CV06-07848 SVW (Ex) <br><br> **JUDGMENT IN FAVOR OF SINOTRANS CONTAINER LINES CO., LTD. AGAINST NORTH CHINA CARGO SERVICE INC.** |

In accordance with this Court's Order Granting Plaintiff's Motion for Summary Judgment filed February 3, 2009, the Court hereby orders judgment in favor of Plaintiff Sinotrans Container Lines Co., Ltd. ("Sinotrans") and against Defendant North China Cargo Service Inc. ("North China") in the amount of $1,766,313.50. Defendant North China is also liable to Sinotrans for court costs, expenses and reasonable attorneys' fees incurred in collecting sums due under the bills of lading.

/ /

/ /

/ /

1

**JUDGMENT IN FAVOR OF SINOTRANS CONTAINER LINES CO., LTD. AGAINST NORTH CHINA CARGO SERVICE INC.**

1    Further, the Court grants Sinotrans declaratory judgment against North China for

2    ongoing damages, according to proof, until all containers are returned to Sinotrans.

3

4    Dated: February 25, 2009

     STEPHEN V. WILSON
     United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2